

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION 1:25-cr-00432

| | |
|---|---|
| UNITED STATES OF AMERICA | Judge Elaine E. Bucklo |
| | Case No. Magistrate Judge Jeannice W. Appenteng |
| v. | RANDOM / Cat. 5 |
| | Violation: Title 18, United States Code, Section 1703(a) |
| KHAJA MISBAHUDDIN | |

The SPECIAL APRIL 2025 GRAND JURY charges:

Between on or about July 22, 2024, and on or about April 19, 2025, in Kane County, in the Northern District of Illinois, Eastern Division,

KHAJA MISBAHUDDIN,

defendant herein, who was then a United States Postal Service Employee, without authority, detained and delayed mail entrusted to him and which came into his possession, and which was intended to be conveyed by mail and carried and delivered by a carrier or other employee of the Postal Service, namely, multiple Menards Rebates addressed to recipients in Kane County, Illinois;

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY